IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



CLAUDIO FARIASANTOS, on behalf
of himself and all others
similarly situated,

    Plaintiff,

v.                           Civil Action No. 3:13CV543

ROSENBERG & ASSOCIATES, LLC,

    Defendant.

## ORDER

Confirming the parties' agreements and the instructions given by the Court during the telephone conference on April 28, 2014, it is hereby ORDERED as follows:

1. Request for Production 9 as well as several other Requests for Production are resolved based on the Defendant's agreement that there is not a bona fide error defense in this matter and the Plaintiff's agreement not to seek information regarding policies and procedures related to conducting foreclosure sales;

2. No later than Thursday, May 1, 2014 at 3:00 p.m., the Defendant will advise the Court and the Plaintiff in writing with regard to whether the Defendant will

   stipulate to typicality and predominance in this matter;

3. The Defendant's objections with regard to Interrogatory 4, as to how the Defendant's net worth was calculated, and Request for Production 16 for the documents related to the net worth calculation are withdrawn, and such information will be produced subject to an appropriate protective order. If other net worth valuations have been done within the last year, the Defendant will identify and produce those subject to an appropriate protective order.

It is so ORDERED.

                                          /s/    *REP*
Richmond, Virginia              Robert E. Payne
Date: April 29, 2014            Senior United States District Judge