IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| CLAUDIO FARIASANTOS, *on behalf of* *Himself and all others similarly situated,* | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 3:13-cv-543 |
| ROSENBERG & ASSOCIATES, LLC | : : | |
| Defendant. | : | |

### PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

COMES NOW the Plaintiff, Claudio Fariasantos, on behalf of himself and others similarly situated, by counsel, and pursuant to Fed. R. Civ. P. 23(b)(3), he moves that this Court certify a class of similarly situated individuals for the reasons outlined in his concurrently filed Memorandum in Support of this Motion.

          Respectfully submitted,
          **CLAUDIO FARIASANTOS**


      By_____/s/_____
                     Of Counsel

Leonard A. Bennett, Esq. (VSB #37523)
Susan Rotkis, Esq. (VSB #40639)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com
E-mail: srotkis@clalegal.com

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-9285 - Facsimile
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com

Matthew J. Erausquin, VSB #65434
Casey S. Nash, VSB #8461
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3513 (Fax)
matt@clalegal.com
casey@clalegal.com

Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 7th day of July, 2014, I have filed the foregoing electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John C. Lynch, VSB No. 39267
Maryia Y. Jones, VSB No. 78645
*Counsel for Rosenberg & Associates, LLC*
Troutman Sanders, LLP
222 Central Park Ave., Ste. 2000
Virginia Beach, VA 23462
Tel: 757-687-7765
Fax: 757-687-1504
John.lynch@troutmansanders.com
Maryia.jones@troutmansanders.com

            _____/s/_____
            Leonard A. Bennett, Esq**.** (VSB #37523)
            CONSUMER LITIGATION ASSOCIATES, P.C.
            763 J. Clyde Morris Boulevard, Suite 1-A
            Newport News, Virginia 23601
            (757) 930-3660 - Telephone
            (757) 930-3662 – Facsimile
            E-mail: lenbennett@clalegal.com