JOHN C. LYNCH
757.687.7765 telephone
757.687.1504 facsimile
john.lynch@troutmansanders.com

MARYIA Y. JONES
757.687.7539 telephone
757.687.1542 facsimile
maryia.jones@troutmansanders.com

# TROUTMAN SANDERS

TROUTMAN SANDERS LLP
Attorneys at Law
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia  23462
757.687.7500 telephone
troutmansanders.com

June 27, 2014

**VIA E-MAIL**

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb Street
Petersburg, VA 23803-3212
E-mail: dale@pittmanlawoffice.com

Kristi C. Kelly
Andrew J. Guzzo
Kelly and Crandall, PLC
4084 University Drive, Suite 2A
Fairfax, Virginia 22030
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
E-mail: lenbennett@clalegal.com
E-mail: srotkis@clalegal.com

Matthew J. Erausquin
Casey S. Nash
Janelle Mason Mikac
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
E-mail: matt@clalegal.com
E-mail: casey@clalegal.com
E-mail: janelle@clalegal.com

Re:     **Fariasantos v. Rosenberg & Associates, LLC**
        **Civil Action No. 3:13cv543**

Dear Counsel:

Defendant Rosenberg & Associates, LLC ("Rosenberg & Associates"), after reasonable review and inquiry, submits the following information regarding consumers who received letters in the form of Exhibit A to Plaintiff's Complaint (the "FDCPA Letters"):

- The EDVA Richmond Division subclass consists of 738 consumers to whom FDCPA Letters were sent in the territory covering the Richmond Division of the United States District Court for the Eastern District of Virginia; and

- The Henrico County subclass consists of 83 consumers to whom FDCPA Letters were sent within Henrico County.

Exhibit 2

**TROUTMAN**
**SANDERS**

June 27, 2014
Page 2


      Rosenberg & Associates does not concede that Plaintiff is entitled to this information and is providing it to Plaintiff solely in order to avoid burdening the Court with discovery motions. This information is not relevant to determining whether Rule 23 requirements are met with respect to the class defined in Plaintiff's Complaint.  To the extent Plaintiff is seeking this information in furtherance of an attempt to engage in piecemeal certification of artificially limited classes, Rosenberg & Associates will oppose any such motion for class certification.

                                     Sincerely,

                                     John C. Lynch

22494324v2