\ CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                          DATE: May 11, 2015

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE:<br>Claudio Fariasantos,<br>    Plaintiff,<br>v.<br>McCabe, Weisberg & Company, LLC | Civil Action No. 3:14CV00695<br>Judge: Payne<br>Court Reporter: Peppy Peterson, OCR |

**FILED MAY 11 2015 CLERK, U.S. DISTRICT COURT RICHMOND, VA**

MATTER COMES ON FOR: ( ) BENCH TRIAL ( X ) MOTION HEARING ( ) OTHER:_____

APPEARANCES:  Parties by ( ) with ( ) counsel      Pro Se ( )

MOTIONS BEFORE TRIAL: _____

TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )    DEFENDANT(S) ( )  Court ( )

OPENING STATEMENTS MADE ( )       OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )     SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )            ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS ( )
 Arguments had on Motion to Approve Settlement. The Court set a hearing for Final Approval of Settlement to be held at 10:00 a.m. on September 30, 2015.
_____
_____

Counsel for Plaintiff(s): Susan Rotkis, Esquire

Counsel for Defendants:  Candidus Dougherty, Esquire    John M. Robb, III, Esquire

SET: 2:00 p.m.    BEGAN: 2:00 p.m.    ENDED: 2:25 p.m.    TIME IN COURT: 25 mins.

RECESSES: